NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PATRICIA FIELDS,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2020-1705

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-00186-EJD, Senior Judge Edward J. Damich.

---

## JUDGMENT

---

JACK BRADLEY JARRETT, III, Alan Lescht and Associates, PC, Washington, DC, argued for plaintiff-appellant.

ASHLEY AKERS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by DEBORAH ANN BYNUM, JEFFREY B. CLARK, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 16, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court